Emil Lewis LESKO, Trustee Under Revocable Trust Agreement of Emil Lewis Lesko, Dated June 4, 2003; and 7835.1765 Square Feet of Land (Permanent Easement); and 458.4545 Square Feet of Land (Temporary Construction Easements), Defendants Below, Appellants,

v.

STATE of Delaware, Upon the Relation of the Secretary of the Department of Transportation, Plaintiff Below, Appellee.

No. 670, 2015

Supreme Court of Delaware.

Submitted: December 10, 2015
Decided: December 14, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, C.A. No. S13C–01–032

REFUSED.